## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Aljoe Miguel Silk, | ) | Case No. 1:12-mj-151 |
| | ) | |
| Defendant. | ) | |

On September 10, 2012, the Government filed a Motion to Dismiss Complaint. The court **GRANTS** the Government's motion (Docket No. 3).

**IT IS SO ORDERED.**

Dated this 13th day of September, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge
